## WALL v. LINDSEY, *County Treasurer.*

No. 2438.   Opinion Filed January 7, 1913.

Rehearing Denied February 11, 1913.

*Error from District Court, Murray County;*
*R. McMillan, Judge.*

Action by V. C. Wall against J. C. Lindsey, County Treasurer, to enjoin collection of taxes. Judgment for defendant, and plaintiff brings error. Affirmed.

*Emanuel & Broadbent* and *Cottingham & Bledsoe,* for plaintiff in error.

*Charles West,* Atty. Gen., and *W. C. Reeves,* Asst. Atty. Gen., for defendant in error.

Opinion by ROBERTSON, C.   The questions raised by the record in this case are identical with those raised in *Bailey v. Lindsey, County Treasurer, ante.*  On the authority of that case the appeal should be dismissed, and the judgment of the district court of Murray county should be affirmed.

By the Court:   It is so ordered.